IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOEL F. KOFSKY : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 13-5647 |
| UNUM LIFE INSURANCE COMPANY : | |
| OF AMERICA and USI AFFINITY : | |

**O R D E R**

**AND NOW**, this  2nd  day of   September  , 2014, after consideration of Defendant Unum Life Insurance Company of America's Motion to Dismiss (ECF No. 8) and Defendant USI Insurance Services, LLC's Motion to Dismiss (ECF No. 13), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant Unum Life Insurance Company of America's Motion to Dismiss (ECF No. 8) is **GRANTED** in part and **DENIED** in part.  Counts II, III, and V of Plaintiff's complaint are **DISMISSED**.

2. Defendant USI Insurance Services, LLC's Motion to Dismiss (ECF No. 13) is **GRANTED,** and Defendant USI Insurance Services, LLC is **DISMISSED** from this action.

**IT IS SO ORDERED.**

BY THE COURT:


*/s/R. Barclay Surrick*
**U.S. District Judge**